AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |||
|---|---|---|
| BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING || Name of District Court, and/or Judge/Magistrate Location<br>NORTHERN DISTRICT OF CALIFORNIA |
| **OFFENSE CHARGED**<br>8 U.S.C. § 1324(a)(1)(A)(iii) - Alien Harboring<br>☐ Petty<br>☐ Minor<br>☐ Misdemeanor<br>☑ Felony<br>E-filing<br>PENALTY:<br>5 years imprisonment, $250,000 fine, 3 years supervised release, and $100 special assessment || DEFENDANT - U.S.<br>▶ IMSANG LEE, a/k/a Adrian Lee, a/k/a Linda<br>DISTRICT COURT NUMBER<br>CR 07  0735 PJH |

FILED
NOV 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| PROCEEDING | DEFENDANT |
|---|---|
| Name of Complaintant Agency, or Person (&Title, if any)<br>Federal Bureau of Investigation | **IS NOT IN CUSTODY**<br>1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶<br>2) ☐ Is a Fugitive<br>3) ☐ Is on Bail or Release from (show District) |
| ☐ person is awaiting trial in another Federal or State Court, give name of court ||
| ☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District | **IS IN CUSTODY**<br>4) ☐ On this charge<br>5) ☐ On another conviction<br>6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State<br>If answer to (6) is "Yes", show name of institution |
| ☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:<br>☐ U.S. Att'y ☐ Defense<br>☐ this prosecution relates to a pending case involving this same defendant<br>☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶<br>SHOW DOCKET NO.<br>MAGISTRATE CASE NO. | Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed<br>DATE OF ARREST ▶ Month/Day/Year<br>Or... if Arresting Agency & Warrant were not<br>DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year |
| Name and Office of Person Furnishing Information on THIS FORM  **SCOTT N. SCHOOLS**<br>☑ U.S. Att'y ☐ Other U.S. Agency ||
| Name of Asst. U.S. Att'y (if assigned) PETER AXELROD/LAUREL BEELER | ☐ This report amends AO 257 previously submitted |

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5
6
7                               E-filing
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION

11 | UNITED STATES OF AMERICA,        ) No. CR 07 0735
12 |         Plaintiff,                )
   |                                   ) VIOLATION: 8 U.S.C. § 1324(a)(1)(A)(iii) –
   |                                   ) Alien Harboring
13 |    v.                             )
   |                                   ) SAN FRANCISCO VENUE
14 | IMSANG LEE,                       )
   |      a/k/a Adrian Lee,            )
15 |      a/k/a Linda,                 )
   |                                   )
16 |         Defendant.                )

17                            **INFORMATION**
18 The United States Attorney charges:
19   On or about June 30, 2005, in the Northern District of California, the defendant,
20                              IMSANG LEE,
21                              a/k/a Adrian Lee,
                                a/k/a Linda,
22
23 knowingly and in reckless disregard of the fact that an alien came to, entered, and remained in the
   United States in violation of law, did conceal, harbor, and shield from detection that alien, Jane
24
   Doe 1, in Sun Spa, located at 801 Geary Street, San Francisco, California.
25
   \\
26
   \\
27
   \\
28
   \\

INFORMATION

All in violation of Title 8, United States Code, Section 1324 (a)(1)(A)(iii).

DATED: July 16, 2007

SCOTT N. SCHOOLS
United States Attorney

W. DOUGLAS SPRAGUE
Acting Chief, Criminal Division

(Approved as to form: _____)
AUSA Axelrod
AUSA Beeler

INFORMATION                 2