1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  TRACIE L. BROWN (CSBN 184339)
   Assistant United States Attorney
5
6  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
7  Telephone: (415) 436-6917
   Facsimile:  (415) 436-7234
8  Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12
13 UNITED STATES OF AMERICA,        )  No. CR 07 0734
                                    )
14        Plaintiff,                )
                                    )  UNITED STATES' MOTION TO SEAL
15   v.                             )  INDICTMENT
                                    )
16                                  )
   HISHAM YOUSEF MUSHASHA,          )
17   a/k/a Joe Mushasha,            )                        MMC
     a/k/a Hisham Yousef Musha'sha, )
18                                  )
          Defendant.                )
19 _____

20     The government hereby moves the Court for an order sealing this motion, the indictment,
21 and the sealing order until further order of the Court. The government believes that disclosure of
22 the existence of the indictment and the information therein may jeopardize the progress of this
23 prosecution.
24
   DATED: November 16, 2007              Respectfully submitted,
25
                                         SCOTT N. SCHOOLS
26                                       United States Attorney
27
                                         _____
28                                       TRACIE L. BROWN
                                         Assistant United States Attorney

                                        1



# [PROPOSED] ORDER

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the government's motion, the indictment, and the sealing order until further order of the Court shall be sealed until further order of the Court.

DATED: 15 Nov 07

THE HON. BERNARD ZIMMERMAN
United States Magistrate Judge