SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6917
Facsimile: (415) 436-7234

FILED
NOV 19 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0734 MMC |
| Plaintiff, | UNITED STATES' MOTION TO UNSEAL INDICTMENT |
| v. | |
| HISHAM YOUSEF MUSHASHA,<br>a/k/a Joe Mushasha,<br>a/k/a Hisham Yousef Musha'sha, | |
| Defendant. | |

The government respectfully requests that the indictment and arrest warrant be unsealed. The government is making this request as the defendant has made his initial appearance and is expected to have no objection to the unsealing of these documents.

DATED: November 19, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/ Tracie L. B.
TRACIE L. BROWN
Assistant United States Attorney

CR 07-0734 MMC
UNSEALING ORDER

~~(PROPOSED)~~ **ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the indictment and arrest warrant, both dated on or about November 15, 2007, be unsealed by the Clerk of the Court.

Dated: November 19, 2007

THE HON. BERNARD ZIMMERMAN
United States Magistrate Judge

CR 07-0734 MMC
UNSEALING ORDER