SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

   450 Golden Gate Avenue Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436–6917
   Facsimile:  (415) 436-7234
   tracie.brown@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 07-00734 MMC |
|     Plaintiff, ) | |
| ) | STIPULATION AND [P̶r̶o̶p̶o̶s̶e̶d̶] ORDER EXCLUDING TIME UNDER SPEEDY TRIAL ACT FROM NOVEMBER 19, 2007 TO DECEMBER 5, 2007 |
|     v. ) | |
| ) | |
| HISHAM YOUSEF MUSHASHA, ) | |
|     a/k/a Joe Mushasha, ) | |
|     a/k/a Hisham Yousef Musha'sha, ) | |
|     Defendant. ) | |

The parties appeared before the Honorable Bernard Zimmerman on November 19, November 26, and November 29, 2007.

With the agreement of counsel for both parties, the Court finds and holds as follows:

1. The Defendant first appeared on November 19, 2007, with AFPD Ron Tyler standing in as counsel. On that date, the Defendant was provisionally released until

STIP & [PROP.] ORDER
CR 07-734 MMC

Pretrial Services could further investigate the matter of his assets, and the arraignment was continued to November 26, 2007 to enable the Defendant to retain counsel.

2. On November 26, 2007, the Defendant appeared with his retained counsel, Gil Eisenberg.  The Defendant entered a not guilty plea, and with the consent of the Defendant, the matter of detention or release was continued to November 29, 2007 so that the Defendant could be interviewed by Pretrial Services with his new counsel.

3. On November 29, 2007, the parties and the Court addressed the Defendant's employment and the posting of property to secure the bond under which he had been provisionally released on November 19, 2007.  The parties anticipate that a further hearing to discuss the property that may be used to secure the bond will occur during the beginning of December, after Pretrial Services interviews the Defendant's ex-wife/current girlfriend, Mitra Farr.

4. The parties are scheduled to appear before the Honorable Maxine M. Chesney on December 5, 2007.  The government expects to provide discovery to the Defendant on or before that date.

5. The parties agree to an exclusion of time under the Speedy Trial Act from November 19, 2007 to December 5, 2007, in light of the Defendant's need to retain counsel, the need of the parties and Pretrial Services to investigate the status of various properties owned by Ms. Farr, and the need to produce and review discovery.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny the defendant continuity of counsel.

6. Given these circumstances, the Court finds that the ends of justice served by excluding the period from November 19, 2007 to December 5, 2007 outweigh the best interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(8)(A).

///

///

///

7. Accordingly, and with the consent of the defendant, the period from November 19, 2007 to December 5, 2007 shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: _____       _____/s/_____
                                     TRACIE L. BROWN
                                     Assistant United States Attorney

DATED: _____       _____/s/_____
                                     GIL EISENBERG
                                     Attorney for H.Y. Mushasha

IT IS SO ORDERED.

DATED: December 4, 2007              _____
                                     THE HON. BERNARD ZIMMERMAN
                                     United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Bernard Zimmerman]*

STIP & [PROP.] ORDER
CR 07-734 MMC                        3