UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: DEC - 5 2007        **E-Filing**

Case No. __CR-07-0734 MMC__        JUDGE: Maxine M. Chesney

DEFENDANT: __Hisham Mushasha__        Present (✓) Not Present ( ) In Custody ( )

U.S. ATTORNEY: __Tracie Brown__        ATTORNEY FOR DEFENDANT: __Gil Eisenberg__

Deputy Clerk: __Tracy Lucero__        Reporter: __Margo Gurule__

### PROCEEDINGS

REASON FOR HEARING __Initial Status Conference__

RESULT OF HEARING __Govt has provided 1,000 pages of Discovery two days ago - to ∆'s counsel. Both sides request continuance.__

Case continued to __1/30/08 @ 2:30__ for Further Status.
Case continued to _____ for Motions.
   (Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s))
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) __Preparation of Counsel__ Begins __DEC - 5 2007__ Ends __1/30/08__