GILBERT EISENBERG (SBN 28900)
400 Montgomery Street, Second Floor
San Francisco, CA 94104
Facsimile: 415-296-8734
Telephone: 415-433-3476

Attorney for Defendant
HISHAM YOUSEF MUSHASHA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0734 MMC |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER** AMENDING CONDITIONS OF RELEASE |
| HISHAM YOUSEF MUSHASHA, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between counsel for the UNITED STATES, Assistant U.S. Attorney TRACIE BROWN, and counsel for the Defendant, GILBERT EISENBERG, that the conditions of release be amended to allow defendant to return to his residence at 650 Chestnut St., Apt. 306, San Francisco, CA at 8:00 PM instead of 6:00 PM Monday through Friday.

All other conditions of release are to remain the same.

Counsel for defendant spoke with Pretrial Service Officer Richard Sarlatte on December 11, 2007 and Mr. Sarlatte has no objection to this amendment to the conditions of release.

. Counsel for Defendant represents that AUSA TRACIE BROWN has authorized Counsel to prepare the below signature block indicating Ms. Brown's signature.

Dated this 12th   day of  December, 2007.

STIPULATION  TO AMEND CONDITIONS OF RELEASE AND [PROPOSED] ORDER
-1-

                                      /s/   Tracie Brown
                                      TRACIE BROWN

Dated this 12th    day of   December, 2007.

                                      /s/  Gilbert Eisenberg
                                      GILBERT EISENBERG,

IT IS SO ORDERED.

Dated this _____ day of   December, 2007.

                                      BERNARD ZIMMERMAN
                                      U. S. Magistrate Judge

STIPULATION   TO AMEND CONDITIONS OF RELEASE AND [PROPOSED] ORDER
-2-