1  GILBERT EISENBERG (SBN 28900)
   400 Montgomery Street, Second Floor
2  San Francisco, CA 94104
   Facsimile: 415-296-8734
3  Telephone: 415-433-3476

4
   Attorney for Defendant
5  HISHAM YOUSEF MUSHASHA

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11
   UNITED STATES OF AMERICA,         )    No. CR 07-0734 MMC
12                                   )
        Plaintiff,                   )
13                                   )    **STIPULATION AND**
        v.                           )    ~~[PROPOSED]~~ **ORDER** AMENDING
14                                   )    CONDITIONS OF RELEASE
   HISHAM YOUSEF MUSHASHA,           )
15                                   )
        Defendant.                   )
16 _____    )

17

18      IT IS HEREBY STIPULATED by and between counsel for the UNITED STATES,

19 Assistant U.S. Attorney TRACIE BROWN, and counsel for the Defendant, GILBERT

20 EISENBERG, that the conditions of release be amended to allow defendant to return to his

21 residence at 650 Chestnut St., Apt. 306, San Francisco, CA at 8:00 PM instead of 6:00 PM

22 Monday through Friday.

   All other conditions of release are to remain the same.

23 Counsel for defendant spoke with Pretrial Service Officer Richard Sarlatte on December

24 11, 2007 and Mr. Sarlatte has no objection to this amendment to the conditions of release.

25 . Counsel for Defendant represents that AUSA TRACIE BROWN has authorized

26 Counsel to prepare the below signature block indicating Ms. Brown's signature.

27

28 Dated this 12th   day of  December, 2007.

STIPULATION TO AMEND CONDITIONS OF RELEASE AND [PROPOSED] ORDER
-1-

|   |   |
|---|---|
| 1 |  |
| 2 | /s/ Tracie Brown |
|   | TRACIE BROWN |
| 3 |  |

Dated this 12th    day of December, 2007.

/s/ Gilbert Eisenberg
GILBERT EISENBERG,

IT IS SO ORDERED.

Dated this /2— day of December, 2007.

*(signature)*

BERNARD ZIMMERMAN
U. S. Magistrate Judge

STIPULATION TO AMEND CONDITIONS OF RELEASE AND [PROPOSED] ORDER
-2-