**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT

9                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                    No. CR-07-0734 MMC

12              Plaintiff,                         **CLERK'S NOTICE**

13        v.

14   HISHAM YOUSEF MUSHASHA,

15              Defendant.
                                        /
16

17

18        **YOU ARE NOTIFIED** that due to a scheduling conflict, the FURTHER STATUS

19   CONFERENCE, previously scheduled for Wednesday, January 30, 2008 at 2:30 p.m., has been re-
     scheduled to <u>Monday, January 28, 2008 at 2:30 p.m.</u> before the Honorable Maxine M. Chesney.

20

21   Please report to Courtroom 7, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue,
     San Francisco, CA 94102.

22
                                              **FOR THE COURT,**
23

24                                            Richard W. Wieking, Clerk

25   Dated: December 14, 2007            _Tracy Lucero_____

26                                            Tracy Lucero, Deputy Clerk

27

28