SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorneys

    450 Golden Gate Avenue Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436–6917
    Facsimile:  (415) 436-7234
    E-mail:  tracie.brown@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00734 MMC |
|     Plaintiff, ) | |
|   v. ) | NOTICE OF APPEARANCE |
| HISHAM Y. MUSHASHA, ) | |
|     Defendant. ) | |

    This is to notify the Court and all parties that Assistant United States Attorney (AUSA) Tracie L. Brown is representing the United States the above-captioned case. The electronic docket (www.ecf.cand.uscourts.gov) incorrectly lists Criminal Chief Brian J. Stretch as the lead attorney for the United States. AUSA Brown, not Criminal Chief Stretch, is the lead attorney, and should receive all future correspondence, pleadings, and notices.

///

///

///

NTC. OF APPEARANCE
No. CR 07-00734 MMC           1

1  AUSA Brown's information is as follows:

2
3  Tracie L. Brown
   Assistant United States Attorney
   450 Golden Gate Avenue, 11th Floor
4  San Francisco, CA 94102
   Telephone: (415) 436-6917
5  Facsimile: (415) 436-7234
   Email: tracie.brown@usdoj.gov
6

7

8  DATED: December 17, 2007

9

10                           Respectfully submitted,

11                           SCOTT N. SCHOOLS
                             United States Attorney
12

13

14          _____/s/_____
            TRACIE L. BROWN
15          Assistant United States Attorney

16

17

18

19

20

21

22

23

24

25

26

27

28

NTC. OF APPEARANCE
No. CR 07-00734 MMC                 2