1 GILBERT EISENBERG (SBN 28900)
400 Montgomery Street, Second Floor
2 San Francisco, CA 94104
Facsimile: 415-296-8734
3 Telephone: 415-433-3476

4
Attorney for Defendant
5 HISHAM YOUSEF MUSHASHA

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>HISHAM YOUSEF MUSHASHA,  )<br>  )<br>  Defendant.  )<br>_____ ) | No. CR 07-0734 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER RE: POSTING OF PROPERTY AS SECURITY FOR BAIL** |

IT IS HEREBY STIPULATED by and between counsel for the UNITED STATES, Assistant U.S. Attorney TRACIE BROWN, and counsel for the Defendant, GILBERT EISENBERG:

1. On or about November 19, 2007 bail in this matter was set at $600,000.00 by Magistrate Judge Bernard Zimmerman and the defendant was released on certain conditions pending further proceedings.

2. On or about December 12, 2007, pursuant to Stipulation, Magistrate Judge Zimmerman signed an Order amending certain conditions of release.

3. The parties agree that the bail amount of $6000,00.00 shall be secured by the posting of all equity in real property owned by Mitra B. Farr described as 650 Chestnut St., Apt. 306, San Francisco, CA 94133 and 200 Caldecott Ln # 212, Oakland, CA 94618.

4. Mitra B. Farr understands and agrees that by posting the above described real property as security for bail in this matter she will not sell, convey, mortgage, pledge or encumber in any

STIPULATION AND ORDER RE:
POSTING OF SECU RITY                    -1-

1  way the property described above without further order of the court.

Dated this     day of   December, 2007.

/s/   Tracie Brown
TRACIE BROWN

Dated this     day of   December, 2007.

/s/  Gilbert Eisenberg
GILBERT EISENBERG,

Dated this     day of   December, 2007

/s/ Mitra B. Farr

MITRA B. FARR

IT IS SO ORDERED.

Dated this _____ day of   December, 2007.

_____
BERNARD ZIMMERMAN
U. S. Magistrate Judge

STIPULATION AND ORDER RE:
POSTING OF SECU RITY                -2-