MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
FELICIA GROSS (Bar No. 231909)
felicia@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Hisham Mushasha

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HISHAM MUSHASHA, <br><br> Defendant. | Case No.: CR-07-00734-MMC <br><br> **MOTION TO SUBSTITUTE COUNSEL** |

**MOTION TO SUBSTITUTE COUNSEL**

Defendant Hisham Mushasha hereby moves this Court for leave to substitute counsel in the *United States v. Hisham Mushasha*, CR-07-00734-MMC. Since November 26, 2007, counsel of record for Mr. Mushasha has been Gilbert Eisenberg, Law Offices of Gilbert Eisenberg, 400

Montgomery Street, Suite 200, San Francisco, CA 94104-1325. Mr. Mushasha has decided that he no longer wants Mr. Eisenberg to represent him in this matter and has retained the law firm of Ramsey & Ehrlich LLP to do so, as reflected in his attached declaration.

If Mushasha is granted leave to substitute counsel, the following lawyers from Ramsey & Ehrlich LLP will be added as counsel of record for Mr. Mushasha:

- Miles Ehrlich (Lead Counsel)

    miles@ramsey-ehrlich.com

- Ismail Ramsey

    izzy@ramsey-ehrlich.com

- Felicia Gross

    felicia@ramsey-ehrlich.com

All correspondence, notices, and pleadings in this case should be sent to the following address:

Ramsey & Ehrlich LLP
803 Hearst Ave
Berkeley, CA 94710
(510)548-3600
Fax: (510)291-3060

DATED: March 3, 2008

_____
Gilbert Eisenberg

_____
Ismail Ramsey

Consent given by:

_____
Hisham Mushasha
Defendant

-2-

1
2
3
4
5     Good cause having been shown, IT IS HEREBY ORDERED that leave to substitute counsel in *United States v. Hisham Mushasha*, CR 07-00734 MMC, is granted. Representation by attorney Gilbert Eisenberg is terminated in this case as to Hisham Mushasha. The law firm Ramsey & Ehrlich – Miles Ehrlich (Lead Attorney), Ismail Ramsey, and Felicia Gross – are hereby added as attorneys of record for Hisham Mushasha.

DATED:

                                      Hon. Bernard Zimmerman
                                      United States Magistrate Judge