MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
FELICIA GROSS (Bar No. 231909)
felicia@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Hisham Mushasha

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HISHAM MUSHASHA,<br><br>Defendant. | Case No.: CR-07-00734-MMC<br><br>**DECLARATION OF HISHAM MUSHASHA IN SUPPORT OF MOTION TO SUBSTITUTE COUNSEL** |

Declaration of Hisham Mushasha

## DECLARATION OF HISHAM MUSHASHA

I, HISHAM MUSHASHA, declare as follows:

1. I, Hisham Mushasha, am the defendant in the above referenced matter – *United States v. Hisham Mushasha*, CR-07-00734-MMC. My counsel of record is Gilbert Eisenberg.

2. It is now my desire that Mr. Eisenberg no longer represent me in this matter. I have retained the law firm Ramsey & Ehrlich, LLP, and I would like their lawyers Miles Ehrlich, Ismail Ramsey, and Felicia Gross to represent me and serve as my counsel of record.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: March 3, 2008

_____
Hisham Mushasha

DECLARATION OF HISHAM MUSHASHA