MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
FELICIA GROSS (Bar No. 231909)
felicia@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Hisham Mushasha

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CASE NO.: CR-07-00734-MMC

UNITED STATES OF AMERICA,

PLAINTIFF,

v.

HISHAM MUSHASHA,

DEFENDANT.

**STIPULATION AND [PROPOSED] ORDER TO MODIFY BAIL CONDITIONS**

The defendant Hisham Mushasha and the government stipulate that this Court should enter an order modifying the defendant's bail conditions to remove defendant Mushasha from Global Positioning Satellite monitoring and place him on electronic monitoring. Additionally, the defendant shall be allowed to leave his residence on the following schedule: Monday through Friday – 6 am to 9 pm. Saturday and Sunday – 10

am to 4 pm. Otherwise, the defendant is to remain on curfew.

Defense counsel has contacted Pretrial Services Officer Rich Sarlatte, who has supervised Mushasha while he has been released. He does not object to the proposed modifications. During the approximately three months in which Mushasha has been supervised, he has had no violations. He also has been employed throughout this period.

Accordingly, the defendant and the government stipulate that this Court should enter an order modifying the defendant's release conditions as described above.

Dated:

Respectfully Submitted,

RAMSEY & EHRLICH LLP

ISMAIL RAMSEY
ATTORNEY FOR HISHAM MUSHASHA

JOSEPH P. RUSSONIELLO
US ATTORNEY

3/4/08

TRACIE BROWN
ASSISTANT US ATTORNEY

GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED. This court orders that defendant Hisham Mushasha's release conditions be modified as followed: (1) defendant shall be removed from GPS monitoring, (2) he shall be placed on electronic monitoring, and (3) defendant shall be allowed to leave his residence on the following schedule (otherwise, he will be subject to curfew): Monday through Friday – 6 am to 9 pm. Saturday and Sunday – 10 am to 4 pm. Otherwise, Mr. Mushasha shall remain on curfew.

Dated:

HON. BERNARD ZIMMERMAN
US MAGISTRATE JUDGE