MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
FELICIA GROSS (Bar No. 231909)
felicia@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Hisham Mushasha

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HISHAM MUSHASHA,

    Defendant.

Case No.: CR-07-00734-MMC

**MOTION TO SUBSTITUTE COUNSEL**
AND ORDER THEREON

## MOTION TO SUBSTITUTE COUNSEL

Defendant Hisham Mushasha hereby moves this Court for leave to substitute counsel in the *United States v. Hisham Mushasha*, CR-07-00734-MMC. Since November 26, 2007, counsel of record for Mr. Mushasha has been Gilbert Eisenberg, Law Offices of Gilbert Eisenberg, 400

1  Montgomery Street, Suite 200, San Francisco, CA 94104-1325. Mr. Mushasha has decided that
2  he no longer wants Mr. Eisenberg to represent him in this matter and has retained the law firm of
3  Ramsey & Ehrlich LLP to do so, as reflected in his attached declaration.
4
5      If Mushasha is granted leave to substitute counsel, the following lawyers from Ramsey &
   Ehrlich LLP will be added as counsel of record for Mr. Mushasha:
6
7      Miles Ehrlich (Lead Counsel)
8          miles@ramsey-ehrlich.com
9      Ismail Ramsey
10         izzy@ramsey-ehrlich.com
11     Felicia Gross
12         felicia@ramsey-ehrlich.com
13     All correspondence, notices, and pleadings in this case should be sent to the following
   address:
14
15     Ramsey & Ehrlich LLP
16     803 Hearst Ave
17     Berkeley, CA 94710
18     (510)548-3600
19     Fax: (510)291-3060
20 DATED: March 3, 2008
21                           Gilbert Eisenberg
22
23
24                           Ismail Ramsey
25
26     Consent given by:
27                           Hisham Mushasha
                              Defendant
28

1  Good cause having been shown, IT IS HEREBY ORDERED that leave to substitute
2  counsel in *United States v. Hisham Mushasha*, CR 07-00734 MMC, is granted. Representation
3  by attorney Gilbert Eisenberg is terminated in this case as to Hisham Mushasha. The law firm
4  Ramsey & Ehrlich – Miles Ehrlich (Lead Attorney), Ismail Ramsey, and Felicia Gross – are
5  hereby added as attorneys of record for Hisham Mushasha.

7  DATED: March 5, 2008

   _____
   Hon. ~~Bernard Zimmerman~~  Maxine M. Chesney
   United States ~~Magistrate~~ Judge
   District