1  MILES EHRLICH (Bar No. 237954)
2  miles@ramsey-ehrlich.com
   ISMAIL RAMSEY (Bar No. 189820)
3  izzy@ramsey-ehrlich.com
   FELICIA GROSS (Bar No. 231909)
4  felicia@ramsey-ehrlich.com
5  RAMSEY & EHRLICH LLP
   803 Hearst Avenue
6  Berkeley, CA 94710
   (510) 548-3600 (Tel)
7  (510) 291-3060 (Fax)
8
   Attorneys for Defendant Hisham Mushasha
9
10                     UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                         SAN FRANCISCO DIVISION
13
14                                     CASE NO.: CR-07-00734-MMC
15
16  UNITED STATES OF AMERICA,    )  **STIPULATION AND [PROPOSED]**
                                 )  **ORDER TO MODIFY BAIL CONDITIONS**
17                               )
                PLAINTIFF,       )
18                               )
         v.                      )
19                               )
    HISHAM MUSHASHA,             )
20                               )
                DEFENDANT.       )
21                               )
                                 )
22                               )

23 _____

24
        The defendant Hisham Mushasha and the government stipulate that this Court
25
   should enter an order modifying the defendant's bail conditions to remove defendant
26
   Mushasha from Global Positioning Satellite monitoring and place him on electronic
27
   monitoring. Additionally, the defendant shall be allowed to leave his residence on the
28
   following schedule: Monday through Friday – 6 am to 9 pm. Saturday and Sunday – 10

STIPULATION AND [PROPOSED] ORDER

am to 4 pm. Otherwise, the defendant is to remain on curfew.

Defense counsel has contacted Pretrial Services Officer Rich Sarlatte, who has supervised Mushasha while he has been released. He does not object to the proposed modifications. During the approximately three months in which Mushasha has been supervised, he has had no violations. He also has been employed throughout this period.

Accordingly, the defendant and the government stipulate that this Court should enter an order modifying the defendant's release conditions as described above.

Dated:

Respectfully Submitted,

RAMSEY & EHRLICH LLP

ISMAIL RAMSEY
ATTORNEY FOR HISHAM MUSHASHA

JOSEPH P. RUSSONIELLO
US ATTORNEY

3/4/08

TRACIE BROWN
ASSISTANT US ATTORNEY

GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED. This court orders that defendant Hisham Mushasha's release conditions be modified as followed: (1) defendant shall be removed from GPS monitoring, (2) he shall be placed on electronic monitoring, and (3) defendant shall be allowed to leave his residence on the following schedule (otherwise, he will be subject to curfew): Monday through Friday – 6 am to 9 pm. Saturday and Sunday – 10 am to 4 pm. Otherwise, Mr. Mushasha shall remain on curfew.

Dated: March 5, 2008



HON. BERNARD ZIMMERMAN
US MAGISTRATE JUDGE

-2-