UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-Filing

Date: MAR X 5 2008

Case No. CR-07-0734 MMC

JUDGE: **Maxine M. Chesney**

Hisham Y. Mushasha
DEFENDANT

Present (✓) Not Present ( ) In Custody ( )

Ismail Ramsey
Miles Ehrlich
ATTORNEY FOR DEFENDANT

Tracie Brown
U.S. ATTORNEY

**TRACY LUCERO**
Deputy Clerk: _____

Reporter: Margo Gurule

### PROCEEDINGS

REASON FOR HEARING  Further Status Conference

RESULT OF HEARING  Counsel substituted in today for Counsel Gil Eisenberg as Counsel for △. New Counsel request continuance to allow them time to review discovery.

Case continued to 4/16/08 @ 2:30 for Further Status. /Trial/motion setting
Case continued to _____ for Motions.
(Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s)
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) Preparation of Counsel Begins MAR X 5 2008 Ends 4/16/08

(7 min)