MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
FELICIA GROSS (Bar No. 231909)
felicia@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Hisham Mushasha

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CASE NO.: CR-07-00734-MMC

UNITED STATES OF AMERICA,

    PLAINTIFF,

v.

HISHAM MUSHASHA,

    DEFENDANT.

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**

Defendant Hisham Mushasha and the United States hereby stipulate that this Court should enter an order to continue the status conference hearing set for Wednesday, April 16, 2008, at 2:30 p.m. to Wednesday, April 30, 2008, at 2:30 p.m. Additional time is needed to allow defense counsel, who substituted in as new counsel on March 5, 2008,

STIPULATION AND [PROPOSED] ORDER

adequate time to review discovery and determine what motions if any should be filed and to engage in settlement discussions.

The parties further stipulate that the period between April 16, 2008 and April 30, 2008 should be excludable time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B). In order to allow adequate time for reasonable preparation of defense counsel, the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated:                              Respectfully Submitted,

                                    RAMSEY & EHRLICH LLP

                                    //s//

                                    _____
                                    ISMAIL RAMSEY
                                    ATTORNEY FOR HISHAM
                                    MUSHASHA


                                    JOSEPH P. RUSSONIELLO
                                    US ATTORNEY

                                    //s//

                                    _____
                                    TRACIE BROWN
                                    ASSISTANT US ATTORNEY

GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED. This court orders that the status conference hearing set for Wednesday, April 16, 2008, is continued until Wednesday, April 30, 2008, at 2:30 p.m.

The Court further finds that the period between April 16, 2008, and April 30, 2008, is excludable under 18 U.S.C. § 3161(h)(8)(A) & (B). In order to allow adequate time for reasonable preparation of defense counsel, the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated:  April 15, 2008

                                    _____
                                    HON. MAXINE M. CHESNEY
                                    US DISTRICT JUDGE