MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
FELICIA GROSS (Bar No. 231909)
felicia@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Hisham Mushasha

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HISHAM MUSHASHA, <br><br> Defendant. | Case No.: CR-07-00734-MMC <br><br> **STIPULATION AND [PROPOSED] ORDER TO MODIFY BAIL CONDITIONS** |

The defendant Hisham Mushasha and the government stipulate that this Court should enter an order modifying the defendant's bail conditions to extend the period the defendant shall be allowed to leave his residence. He is currently released subject to electronic monitoring. He is allowed to leave his residence from Monday through Friday – 6 am to 9 pm. Saturday and Sunday – 10 am to 4 pm. Otherwise, the defendant is to

STIPULATION AND [PROPOSED] ORDER

remain on curfew.

Defense counsel has contacted Pretrial Services Officer Rich Sarlatte, who has supervised Mushasha while he has been released. He does not object to the proposed changes. During the approximately five months in which Mushasha has been supervised, he has had no violations. He also has been employed throughout this period. He is the CFO of a local construction company and commercial general contractor.

Accordingly, the defendant and the government stipulate that this Court should enter an order modifying the defendant's release conditions as follows:

The defendant will remain on electronic monitoring but will be permitted to leave his residence from Monday through Sunday – 6 am to 10 pm.

Dated:                                          Respectfully Submitted,

                                                RAMSEY & EHRLICH LLP


                                                ISMAIL RAMSEY
                                                ATTORNEY FOR HISHAM
                                                MUSHASHA


                                                JOSEPH P. RUSSONIELLO
                                                US ATTORNEY


                                                TRACIE BROWN
                                                ASSISTANT US ATTORNEY

GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED. This court orders that defendant Hisham Mushasha's release conditions be modified to permit the defendant to leave his residence on the following schedule:

Monday through Sunday – 6 am to 10 pm

Otherwise, he shall remain on electronic monitoring and will be subject to curfew.

Dated:

                                                _____
                                                HON. BERNARD ZIMMERMAN
                                                US MAGISTRATE JUDGE