UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: APR 3 0 2008

Case No. CR-07-0734 MMC

JUDGE: **Maxine M. Chesney**

Hisham Y. Mushasha
DEFENDANT

Present (✓) Not Present ( ) In Custody ( )

Tracie Brown
U.S. ATTORNEY

Ismail Ramsey
ATTORNEY FOR DEFENDANT

Deputy Clerk: **TRACY LUCERO**

Reporter: Margo Gurule

## PROCEEDINGS

REASON FOR HEARING    Further Status / Trial Setting Conference

RESULT OF HEARING    Both sides proposed a possible trial date of 8/18/08.

Case continued to  6/11/08 @ 2:30  for Further Status / Trial Setting Conf.
Case continued to _____ for Motions.
(Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s))
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) Preparation of Counsel  Begins APR 3 0 2008  Ends 6/11/08