UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

CRIMINAL PRETRIAL MINUTES

Date: JUN 1 1 2008

Case No. CR-07-0734 MMC        JUDGE: **Maxine M. Chesney**

Hisham Y. Mushasha
DEFENDANT

Present (✓) Not Present ( ) In Custody ( )

Tracie Brown                     Ismail Ramsey
U.S. ATTORNEY                    ATTORNEY FOR DEFENDANT

Deputy Clerk: Tracy Lucero       Reporter: Connie Kuhl

**PROCEEDINGS**

REASON FOR HEARING    Trial Setting Conference

RESULT OF HEARING     Discovery cut-off - 7/24/08

Deadline to Exchange Expert Reports - 8/15/08.

Case continued to _____ for Further Status.
Case continued to 9/2/08 @ 3:00 for Motions. (In Limine)
   (Motion due 8/19, Opposition due 8/26, Reply Due —)
Case continued to 9/2/08 @ 3:00 for Pretrial.
Case continued to 9/15/08 @ 9:00 for Trial. (~~Court~~/Jury: 5 day(s)
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) Preparation of Counsel Begins JUN 1 1 2008 Ends 9/15/08

(10 min)