UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-filing

Date: AUG 2 0 2008

Case No. CR-07-0734 MMC

JUDGE: Maxine M. Chesney

Defendant: Hisham Y. Mushasha

Present (✓) Not Present ( ) In Custody ( )

U.S. Attorney: Tracie Brown

Attorney for Defendant: Ismail Ramsey

Deputy Clerk: Tracy Lucero

Reporter: James Yeomans

## PROCEEDINGS

**REASON FOR HEARING**: Change of Plea
Court vacates Trial & Pretrial dates.

**RESULT OF HEARING**: Plea Agreement filed w/ the Court.
Defendant pled guilty to Count 3 of indictment.

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
    (Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s)
Case continued to 12/3/08 @ 2:30 for Judgment & Sentencing
/Gov't's motion to dismiss remaining Counts

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____