1
2   MILES EHRLICH (Bar No. 237954)
    miles@ramsey-ehrlich.com
3   ISMAIL RAMSEY (Bar No. 189820)
    izzy@ramsey-ehrlich.com
4   FELICIA GROSS (Bar No. 231909)
    felicia@ramsey-ehrlich.com
5   RAMSEY & EHRLICH LLP
    803 Hearst Avenue
6   Berkeley, CA 94710
    (510) 548-3600 (Tel)
7   (510) 291-3060 (Fax)
8
    Attorneys for Defendant Hisham Mushasha
9

10                   UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

14                                   CASE NO.: CR-07-00734-MMC

15
                                   )
16  UNITED STATES OF AMERICA ,      )   **STIPULATION AND [PROPOSED]**
                                    )   **ORDER TO MODIFY BAIL CONDITIONS**
17                                  )
            PLAINTIFF,              )
18                                  )
        v.                          )
19                                  )
    HISHAM MUSHASHA,                )
20                                  )
            DEFENDANT.              )
21                                  )
                                    )
22                                  )
    _____     )

23

24        The defendant Hisham Mushasha and the government stipulate that this Court

25  should enter an order delaying the start of Mr. Mushasha's curfew for the evening of

26  September 18, 2008 from 10 p.m. to 1 a.m., in order to allow the defendant to travel for a

27  work meeting at Groth Vineyards & Winery, 750 Oakville Cross Road, Oakville, CA

28  94562.  Mr. Mushasha is the Chief Financial Officer of BCCI Construction, Inc., which is

holding a board meeting/retreat at this time.  Mr. Mushasha is not seeking to stay overnight like other company executives will do.

Mr. Mushasha is currently released subject to electronic monitoring.  He is allowed to leave his residence from Monday through Sunday – 6 a.m. to 10 p.m.

Defense counsel has contacted Pretrial Services Officer Rich Sarlatte, who has supervised Mushasha while he has been released.  He does not object to the proposed modification.  During the approximately 10-month period in which Mushasha has been supervised, he has had no violations.  He also has been employed throughout this period. As mentioned above, he is the CFO of a local construction company and commercial general contractor.

Dated:                                           Respectfully Submitted,

                                                    RAMSEY & EHRLICH LLP

                                                    //s//

                                                    ISMAIL RAMSEY
                                                    ATTORNEY FOR HISHAM
                                                    MUSHASHA


                                                    JOSEPH P. RUSSONIELLO
                                                    US ATTORNEY

                                                    //s//

                                                    TRACIE BROWN
                                                    ASSISTANT US ATTORNEY


GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.  This court orders that defendant Hisham Mushasha's release conditions be modified to permit the

1  defendant to leave his residence on the following schedule:

2  - On the evening of September 18, 2008, the defendant's curfew will be set at 1 a.m.

3    in order to allow Mr. Mushasha to attend a work meeting at Groth Vineyards &

4    Winery, 750 Oakville Cross Road, Oakville, CA 94562, in his capacity as CFO of

5    BCCI Construction.

6  Otherwise, he shall remain on electronic monitoring as previously ordered and will be

7  subject to curfew.

8  Dated:

9                                  _____

10                                 HON. BERNARD ZIMMERMAN
                                   US MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28