MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
FELICIA GROSS (Bar No. 231909)
felicia@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Hisham Mushasha

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HISHAM MUSHASHA, <br><br> Defendant. | Case No.: CR-07-00734-MMC <br><br> **STIPULATION AND [PROPOSED] ORDER TO MODIFY BAIL CONDITIONS** |

The defendant Hisham Mushasha and the government stipulate that this Court should enter an order delaying the start of Mr. Mushasha's curfew for the evening of September 18, 2008 from 10 p.m. to 1 a.m., in order to allow the defendant to travel for a work meeting at Groth Vineyards & Winery, 750 Oakville Cross Road, Oakville, CA 94562. Mr. Mushasha is the Chief Financial Officer of BCCI Construction, Inc., which is

holding a board meeting/retreat at this time.  Mr. Mushasha is not seeking to stay overnight like other company executives will do.

Mr. Mushasha is currently released subject to electronic monitoring.  He is allowed to leave his residence from Monday through Sunday – 6 a.m. to 10 p.m.

Defense counsel has contacted Pretrial Services Officer Rich Sarlatte, who has supervised Mushasha while he has been released.  He does not object to the proposed modification.  During the approximately 10-month period in which Mushasha has been supervised, he has had no violations.  He also has been employed throughout this period.  As mentioned above, he is the CFO of a local construction company and commercial general contractor.

Dated:                                    Respectfully Submitted,

RAMSEY & EHRLICH LLP

//s//

ISMAIL RAMSEY
ATTORNEY FOR HISHAM MUSHASHA

JOSEPH P. RUSSONIELLO
US ATTORNEY

//s//

TRACIE BROWN
ASSISTANT US ATTORNEY

GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.  This court orders that defendant Hisham Mushasha's release conditions be modified to permit the

defendant to leave his residence on the following schedule:

- On the evening of September 18, 2008, the defendant's curfew will be set at 1 a.m. in order to allow Mr. Mushasha to attend a work meeting at Groth Vineyards & Winery, 750 Oakville Cross Road, Oakville, CA 94562, in his capacity as CFO of BCCI Construction.

Otherwise, he shall remain on electronic monitoring as previously ordered and will be subject to curfew.

Dated:   September 15, 2008

_____
HON. BERNARD ZIMMERMAN
US MAGISTRATE JUDGE

