1  MILES EHRLICH (Bar No. 237954)
2  miles@ramsey-ehrlich.com
3  ISMAIL RAMSEY (Bar No. 189820)
   izzy@ramsey-ehrlich.com
4  FELICIA GROSS (Bar No. 231909)
   felicia@ramsey-ehrlich.com
5  RAMSEY & EHRLICH LLP
6  803 Hearst Avenue
   Berkeley, CA 94710
7  (510) 548-3600 (Tel)
8  (510) 291-3060 (Fax)

9  Attorneys for Defendant Hisham Mushasha

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CASE NO.: CR-07-00734-MMC

UNITED STATES OF AMERICA,

PLAINTIFF,

v.

HISHAM MUSHASHA,

DEFENDANT.

STIPULATION AND [PROPOSED] ORDER ~~TO CONTINUE~~ CONTINUING SENTENCING HEARING FROM DECEMBER 5, 2008 TO JANUARY 16, 2009

Defendant Hisham Mushasha and the United States hereby stipulate that this Court should enter an order to continue the sentencing hearing set for Wednesday, December 3, 2008, at 2:30 p.m. to Wednesday, January 14, 2009, at 2:30 p.m. Additional time is needed to allow the government, defense counsel, and the probation office to meet and

STIPULATION AND [PROPOSED] ORDER

confer on the proper amount of restitution. The parties have met jointly with the probation office to discuss the matter of restitution. Further time is needed to allow the government to confirm amounts set forth by defense counsel. If the parties can agree on the amount of restitution, it would alleviate the need for a restitution hearing, which could involve more than ten witnesses.

Dated:                                    Respectfully Submitted,

RAMSEY & EHRLICH LLP

//s//

ISMAIL RAMSEY
ATTORNEY FOR HISHAM MUSHASHA

JOSEPH P. RUSSONIELLO
US ATTORNEY

//s//

TRACIE BROWN
ASSISTANT US ATTORNEY

     GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED. This court orders that the sentencing hearing set for Wednesday, December 3, 2008, is continued until ~~Wednesday, January 14, 2009, at 2:30 p.m.~~ Friday, January 16, 2009, at 2:00 p.m.

Dated: November 26, 2008

HON. MAXINE M. CHESNEY
US DISTRICT JUDGE