MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
FELICIA GROSS (Bar No. 231909)
felicia@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Hisham Mushasha

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HISHAM MUSHASHA, <br><br> Defendant. | Case No.: CR-07-00734-MMC <br><br> **STIPULATION AND [PROPOSED] ORDER TO MODIFY BAIL CONDITIONS** |

The defendant Hisham Mushasha and the government stipulate that this Court should enter an order delaying the start of Mr. Mushasha's curfew for from December 8, 2008 through the evening of December 31, 2008 from 10 p.m. to 1 a.m. The order will allow Mr. Mushasha to attend various work and social engagements during the holiday season. He is CFO of a major, local construction company – BCCI Construction.

STIPULATION AND [PROPOSED] ORDER

Mr. Mushasha is currently released subject to electronic monitoring. He is allowed to leave his residence from Monday through Sunday – 6 a.m. to 10 p.m.

Mr. Mushasha's supervising Pretrial Services Officer, Rich Sarlatte, is currently out of the office until December 15, 2008. Duty officer Alan Liu is aware of this request and does not have a position. Mr. Mushasha has previously had his curfew extended for particular events and has not had any violations at all during the year-long period in which he has been supervised. He also has been employed throughout this period. As mentioned above, he is the CFO of BCCI Construction, a local construction company and commercial general contractor.

Dated:                                             Respectfully Submitted,

                                                   RAMSEY & EHRLICH LLP

                                                   //s//

                                                   ISMAIL RAMSEY
                                                   ATTORNEY FOR HISHAM
                                                   MUSHASHA


                                                   JOSEPH P. RUSSONIELLO
                                                   US ATTORNEY

                                                   //s//

                                                   TRACIE BROWN
                                                   ASSISTANT US ATTORNEY

GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED. This court orders that defendant Hisham Mushasha's release conditions be modified to permit the

defendant to leave his residence on the following schedule:

- On the evenings between December 8, 2008 through December 31, 2008, the defendant's curfew will be set at 1 a.m. in order to allow Mr. Mushasha to attend various work and social events during the holiday season.

Otherwise, he shall remain on electronic monitoring as previously ordered and will be subject to curfew.

Dated:    December 8, 2008

HON. BERNARD ZIMMERMAN
US MAGISTRATE JUDGE