JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

   450 Golden Gate Avenue Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436–6917
   Facsimile:  (415) 436-7234
   tracie.brown@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HISHAM YOUSEF MUSHASHA,<br>    a/k/a Joe Mushasha,<br>    a/k/a Hisham Yousef Musha'sha,<br><br>    Defendant. | No.: CR 07-00734 MMC<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING FROM JANUARY 16, 2008 TO JANUARY 23, 2008; ORDER CONTINUING SENTENCING HEARING TO JANUARY 23, 2009 |

      The parties hereby stipulate as follows:

    1. The parties previously submitted a stipulated request to continue the sentencing hearing from December 3, 2008 to January 14, 2008, based on the need to conduct additional analysis regarding the appropriate restitution amount.

    2. The Court granted that request, but substituted the date of January 16, 2008 in lieu of January 14, 2008.

STIP & [PROP.] ORDER CONT'ING SENT. HRG.
CR 07-0734 MMC

1      3. The January 16, 2008 date causes a scheduling conflict for counsel for the
2  government. Accordingly, after conferring with the Court's courtroom deputy, Tracy
3  Lucero, and with the probation officer, Lori Timmons, the parties hereby jointly request
4  that the Court vacate the current sentencing date of January 16, 2008, and continue the
5  sentencing hearing to <u>January 23, 2008 at 2:00 p.m.</u>
6      IT IS SO STIPULATED.

8  DATED: _____/s/_____
    TRACIE L. BROWN
9      Assistant United States Attorney

11 DATED: _____/s/_____
    ISMAIL RAMSEY
12     Attorney for H.Y. Mushasha

13     IT IS SO ORDERED. Specifically, the sentencing hearing is continued from January 16, 2009 to January 23, 2009, at 2:00 p.m.

15 DATED: December 9, 2008
    THE HON. MAXINE M. CHESNEY
16     United States District Judge

STIP & [PROP.] ORDER CONT'ING SENT. HRG.
CR 07-0734 MMC                        2