MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Hisham Mushasha

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CR-07-00734-MMC |
| PLAINTIFF, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO TERMINATE PROBATION** |
| HISHAM MUSHASHA, | |
| DEFENDANT. | |

    The defendant Hisham Mushasha and the government hereby stipulate that this Court should terminate defendant Hisham Mushasha's probation in the above-entitled case, pursuant to Rule 32.1(c) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3564(c), as it is warranted by the conduct of the defendant and in the interest of justice.

    On August 20, 2008, Mr. Mushasha pled guilty to one count of wire fraud, in violation of 18 U.S.C. § 1343.

    On February 18, 2009, this Court sentenced Mr. Mushasha to five years probation (including residing at a halfway house for 12 months as a condition of probation), $617,876.57 restitution, and $100 special assessment.

During the course of his probation, Mr. Mushasha has been supervised by U.S. Probation Officer Daniel Zurita. Mr. Mushasha has paid the entirety of the restitution and special assessment ordered.

Defense counsel and the prosecution have reviewed the progress of Mr. Mushasha with his probation officer, Daniel Zurita. Mr. Zurita has advised counsel that Mr. Mushasha is fulfilling all the conditions of his probation and is doing well. Mr. Zurita believes that Mr. Mushasha's conduct supports an early termination of his probation.

The statute governing early termination of probation, 18 U.S.C. 3564(c), provides that "the court may terminate a term of probation previously ordered, . . . . if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice."

Mr. Mushasha has been on probation since February 18, 2009, and based on his good conduct, has proven that he meets the criterion for early termination of his probation under 18 U.S.C. § 3564(c).

Accordingly, the parties hereby stipulate that, in the interest of justice, the court should terminate Mr. Mushasha's probation in the above entitled case early pursuant to 18 U.S.C. § 3564(c), and pursuant to Rule 32.1(c).

Dated: August 4, 2011       Respectfully Submitted,

RAMSEY & EHRLICH LLP

//s//

ISMAIL RAMSEY
ATTORNEY FOR HISHAM MUSHASHA

MELINDA L. HAAG
US ATTORNEY

//s//

TRACIE BROWN
ASSISTANT US ATTORNEY

Good cause having been shown, IT IS SO ORDERED. The probation term of Hisham Mushasha is hereby terminated.

Dated: August 5, 2011

_____
HON. MAXINE M. CHESNEY
U.S. DISTRICT JUDGE